UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN UNITED CONSERVATION
CLUBS, et al.,

    Plaintiffs,                    Case No. 1:20-cv-335

v.                                       HONORABLE PAUL L. MALONEY

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## ORDER SCHEDULING HEARING ON MOTION

A hearing on Plaintiffs' motion for preliminary injunction is scheduled for April 29, 2020 at 12:00 p.m. (noon). The hearing will be held in Room 601, Federal Building, 110 Michigan St., N.W., Grand Rapids, Michigan. The Court will determine at a later date whether the hearing will be held via video conference technology, by telephone, or in court.

**IT IS SO ORDERED**.


Dated:  April 23, 2020                           /s/  Paul L. Maloney
                                                                                                    Paul L. Maloney
                                                                                                    United States District Judge