UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN UNITED CONSERVATION
CLUBS,

    Plaintiff,                                      Case No. 1:20-cv-335

v.                                               HONORABLE PAUL L. MALONEY

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

**ORDER DISMISSING MOTION FOR PRELIMINARY INJUNCTION**

Pending before the Court is Plaintiffs' motion for preliminary injunction (ECF No. 9). On April 24, 2020, Plaintiff filed a Notice of Withdrawal of the Motion (ECF No. 16). Therefore,

**IT IS HEREBY ORDERED** that the motion for preliminary injunction (ECF No. 9) is DISMISSED AS WITHDRAWN. The hearing scheduled for April 29, 2020 is CANCELED.

Dated: April 27, 2020                                         /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                               United States District Judge